UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS WENDORF,　　　　　　　　　　No. 08-12229

　　　　　Plaintiff,　　　　　　　　　　　District Judge George Caram Steeh

v.　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

JLG INDUSTRIES, INC.,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　/

## ORDER

For the reasons stated on the record on October 21, 2008, Plaintiff's Motion to Compel [Docket #14] is GRANTED IN PART AND DENIED IN PART, and Plaintiff's Motion to Compel Production of Documents [Docket #15] is GRANTED, as follows:

### Docket #14

As to Interrogatory #7, the Motion is GRANTED to the extent that Defendant will supply the name, title, employer and last known address of all persons inspecting the machine in question, and shall state what these persons did, where they did it, and on what date they did it. The request is DENIED as to reports, memos and records made in conjunction with such inspections.

As to Interrogatory #11, the Motion is DENIED.

### Docket #15

The Motion is GRANTED. Defendant shall produce the requested information within 30 days of the date of this Order. As to any documents as to which privilege is claimed, Defendant will produce a privilege log.

SO ORDERED.

                        S/R. Steven Whalen
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 21, 2008.

                        S/Gina Wilson
                        Judicial Assistant